■ LINCOLN SNACKS HOLDING CO., INC., Respondent, v BRYNWOOD PARTNERS III, L.P., et al., Defendants, and BRYNWOOD MANAGEMENT III, L.P., Appellant. [832 NYS2d 433]—Appeal from order, Supreme Court, New York County (Karla Moskowitz, J.), entered on or about December 5, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties

hereto. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Saxe, Buckley and McGuire, JJ.